ACCEPTED
01-15-00173-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/13/2015 11:10:40 AM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00173-CV

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/13/2015 11:10:40 AM
CHRISTOPHER A. PRINE
Clerk

_____

JOAN JOHNSON, KALETA JOHNSON, SETH JOHNSON,
AND WIRT BLAFFER,

Appellants

v.

MICHAEL PHILLIPS, SPINDLE TOP PUBLISHING,
AND PHILLIPS AKERS WOMAC, P.C.,

Appellees

_____

On Appeal from the 333rd Judicial District Court
Harris County, Texas
Trial Court Cause No. 2011-14027

_____

**UNOPPOSED MOTION TO RESET BRIEFING DEADLINES
BASED ON COURT'S ORDER OF JUNE 3, 2015 OR,
ALTERNATIVELY, EXTENSION OF TIME TO FILE
APPELLANTS' BRIEF**

_____

Patrick Zummo
State Bar No. 22293450
pzummo@zoomlaw.com
LAW OFFICES OF
  PATRICK ZUMMO
Two Houston Center
909 Fannin, Suite 3500
Houston, Texas 77010
(713) 651-0590
(713) 651-0597 [facsimile]

Marc S. Tabolsky
State Bar No. 24037576
mtabolsky@yettercoleman.com
YETTER COLEMAN LLP
Two Houston Center
909 Fannin, Suite 3600
(713) 632-8000
(713) 632-8002 [facsimile]

ATTORNEYS FOR APPELLANTS

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellants Joan Johnson, Kaleta Johnson, Seth Johnson, and Wirt Blaffer, file this second motion to reset briefing deadlines requesting that the Court reset the briefing deadlines from the date the complete clerk's record was filed with this Court in the above-captioned matter. Tex. R. App. P. 34.5(d). This motion is unopposed.

Appellants previously filed a motion to postpone the briefing deadlines because the clerk's record omitted several key documents that had been timely requested to be included in the clerk's record. On June 3, 2015, this Court ordered the district court to prepare and file a supplemental record within 30 days of the date of the order to including the previously omitted items and further specified that appellants' briefing deadline would not begin to run until the items requested had been filed and included in the clerk's record.

On June 17, 2015, the district court submitted one electronic volume of supplemental clerk's record material that included part of what had been requested to be included. But this volume did not include all of the requested materials and thus the briefing deadline should not have begun. But based on the filing of the partial supplemental record, his Court's docket generated an appellant brief deadline of July 17, 2015.

After the partial supplemental record was filed on June 17, counsel advised the clerk's office that it had still failed to provide a complete clerk's record. On July 1, 2015, the district court a second supplemental clerk's record that did include the remaining materials that were to have been included in the clerk's

2

record.

Based on the Court's prior order, appellants' request that the Court order that the time for appellants' brief to be filed be calculated from July 1, 2015 when the supplemental record was filed, as provided in the Court's prior order of June 3, 2015. This will result in appellants' brief being due on July 31, 2015, which is 30 days after the supplemental record was complete. issue a briefing deadline based on the July 1, 2015 date of the filing of the second supplemental clerk's record, as outlined in its June 4, 2015 order.

Alternatively to resetting the briefing deadlines, appellants request a 14-day extension of time for filing their appellants' brief. Appellants' opening brief is currently due July 17, 2015. If the requested extension is granted, appellants' brief will be due on July 31, 2015.

For these reasons, Appellants respectfully request that the Court reset the deadline for Appellants opening brief to July 31, 2015, based on the Court's prior June 3 order and the filing of the supplemental record on July 1, 2015. In the alternative, Appellants request a 14-day extension of time to file their brief on July 31, 2015.

Respectfully submitted:

YETTER COLEMAN LLP
Two Houston Center
909 Fannin, Suite 3600
(713) 632-8000
(713) 632-8002  Facsimile

By /s/ Marc S. Tabolsky
    Marc S. Tabolsky
    State Bar No. 24037576
    mtabolsky@yettercoleman.com

LAW OFFICES OF PATRICK ZUMMO
Two Houston Center
909 Fannin, Suite 3500
Houston, Texas 77010
(713) 651-0590
(713) 651-0597 Facsimile

    Patrick Zummo
    State Bar No. 22293450

*Attorneys for Appellants*
*Joan Johnson, Kaleta Johnson,*
*Seth Johnson, and Wirt Blaffer*

## CERTIFICATE OF CONFERENCE

As required by Tex. R. App. P. 10.1(a)(5), I certify that on July 13, 2015, I conferred with William W. Ogden, counsel for appellees Michael Phillips, Spindle Top Publishing, and Phillips Akers Womac, P.C. Counsel advised us that appellees do not oppose this motion.

/s/ Marc S. Tabolsky
Marc S. Tabolsky

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically with the Clerk of the Court using the electronic case filing system of the Court. I also certify that a true and correct copy of the foregoing was served on the following counsel of record for appellee via e-service on July 13, 2015.

William W. Ogden
Ogden, Gibson, Broocks, Longoria & Hall, L.L.P.
1900 Pennzoil South Tower
711 Louisiana
Houston, Texas 77002


/s/ Marc S. Tabolsky
Marc S. Tabolsky

6